DENNIS N. LUECK, JR. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor,
San Francisco, CA 94111
Telephone: (415) 362-8118
Facsimile: (415) 834-9020

ELVIN I. TABAH (SBN 286369)
etabah@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant NAVIENT SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, a limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. _____<br>Superior Court of California –<br>County of Placer<br>Case No.:RSC0024958<br><br>(Honorable _____,<br>Courtroom "___")<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446**<br><br>Removal Filed: _____<br>Motion Cut-Off:      Not Set<br>Discovery Cut-Off:  Not Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

1
NOTICE OF REMOVAL

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

1. Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Navient Solutions, LLC ("NSL"), hereby removes to this Court the above-captioned action from the Superior Court for the State of California, County of Placer. In support of this Notice of Removal, NSL states the following:

## I. STATEMENT OF THE CASE

1. On or about July 24, 2019, Plaintiff GREGORY MILLER ("Plaintiff") filed a civil complaint against NSL in the Superior Court for the State of California, County of Placer, styled as *Gregory Miller v. Navient Solutions, LLC,* Case No. RSC0024958. A true and accurate copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2. Plaintiff's Complaint alleges NSL violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., ("FDCPA") by "not validating a claimed debt owed within 30 days of" Plaintiff's request for validation. (Complaint, ¶3.) Pursuant to the FDCPA, Plaintiff seeks to impose a $1,000.00 fine against NSL. (Complaint, ¶3.)

## II. BASES FOR REMOVAL

### A. Federal Question Jurisdiction

1. United States district courts have federal question jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the laws of the United States.[1]

2. The general rule is that a case meets the "arising under" standard if it is apparent that federal law creates the plaintiff's cause of action from the face of the complaint. *See Empire HealthChoice Assur., Inc. v. McVeigh*, 547 U.S. 677, 701

---

[1] NSL reserves the right to seek to compel arbitration to the extent a valid arbitration agreement exists between the parties.

2
NOTICE OF REMOVAL

Case No. _____
Superior Court of California –
County of Placer
Case No.:RSC0024958
304176076v1 1023108

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

(2006); *Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Trust for So. Cal.*, 463 U.S. 1, 27-28 (1983).

3. Plaintiff's Complaint alleges violations of a federal statute—namely, the FDCPA. *See* Exhibit 1. Plaintiff's action therefore arises under federal law.

4. Accordingly, this Court has federal question jurisdiction over Plaintiff's FDCPA claim.

### III.  ALL PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

1. 28 U.S.C. § 1446(b) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading …" 28 U.S.C. § 1446(b).

2. This action was commenced in the Superior Court for the State of California, County of Placer, on July 24, 2019. NSL was served on July 30, 2019. A copy of the Notice of Service of Process from NSL's registered agent is attached hereto as Exhibit 2. Removal of this action is timely as this notice is being filed within thirty days of NSL being purportedly served with the Complaint.

3. Additionally, venue properly lies in the Eastern District of California because the Placer County Superior Court where Plaintiff commenced this action is located within this Court's jurisdiction.

4. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to Plaintiff following the filing of this Notice of Removal, and will be promptly filed with the clerk of the Placer County Superior Court.

3
NOTICE OF REMOVAL

Case No. _____
Superior Court of California –
County of Placer
Case No.:RSC0024958
304176076v1 1023108

**HINSHAW & CULBERTSON** LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

## IV. **CONCLUSION**

WHEREFORE, NSL hereby removes this action from the Superior Court for the State of California, County of Placer, to the United States District Court for the Eastern District of California.

.

DATED: August 29, 2019                    HINSHAW & CULBERTSON LLP

                                By: *s/Elvin I. Tabah*
                                    DENNIS N. LUECK, JR.
                                    ELVIN I. TABAH
                                    Attorneys for Defendant NAVIENT SOLUTIONS, LLC

4
NOTICE OF REMOVAL

Case No. _____
Superior Court of California –
County of Placer
Case No.:RSC0024958
304176076v1 1023108

**HINSHAW & CULBERTSON LLP**
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

# CERTIFICATE OF SERVICE

*Gregory M. Miller v. Navient Solution, LLC, et al.*
**Case No. :**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 11601 Wilshire Blvd., Los Angeles, California 90025.

On **August 29, 2019**, I served the document(s) entitled, **NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1331, 1367, 1441, AND 1446**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**: I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **(VIA OVERNIGHT MAIL)**: I am "readily familiar" with the firm's practice of collection and processing correspondence for overnight delivery. Under that practice it would be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

☐ **(BY ELECTRONIC MAIL)**: By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☐ **(BY FACSIMILE):** By transmitting an accurate copy via facsimile to the person and telephone number as stated.

☐ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on **August 29, 2019**, at Los Angeles, California.

_____
Kristina Hightower

---

1
CERTIFICATE OF SERVICE

Case No. _____
Superior Court of California –
County of Placer
Case No.:RSC0024958
304176076v1 1023108

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

# SERVICE LIST

*Gregory M. Miller v. Navient Solution, LLC, et al.*
*Case No. :*

Gregory M. Miller
22670 Placer Hills Road
Colfax, CA 95713
Telephone: (203) 704-7148

Plaintiff in Pro Per
GREGORY M. MILLER

1
SERVICE LIST

Case No. _____
Superior Court of California –
County of Placer
Case No.:RSC0024958
304176076v1 1023108

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000