| | |
|---|---|
| GREGORY M. MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendant. | No. 2:19-cv-01701-MCE-KJN<br><br><br><br>**RELATED CASE ORDER** |
| GREGORY M. MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendant. | No. 2:19-cv-01702-KJM-AC |
| GREGORY M. MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>        Defendant. | No. 2:19-cv-01708-TLN-AC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1   The Court received the Notice of Related Cases filed on September 9, 2019.
2   Examination of the above-entitled civil actions reveals that these actions are related
3   within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve the same
4   defendant(s) and are based on the same or similar claims, the same property transaction
5   or event, similar questions of fact and the same questions of law and would therefore
6   entail a substantial duplication of labor if heard by different judges.  Accordingly, the
7   assignment of the matters to the same judge is likely to effect a substantial savings of
8   judicial effort and is also likely to be convenient for the parties.
9       The parties should be aware that relating these cases under Local Rule 123
10  merely has the result that these actions are assigned to the same judge; no
11  consolidation of the action is effected.  Under the regular practice of this court, related
12  cases are generally assigned to the district judge and magistrate judge to whom the first
13  filed action was assigned.
14      IT IS THEREFORE ORDERED that the actions denominated 2:19-cv-01702-KJM-
15  AC, *Gregory M. Miller v. Navient Solutions, LLC* and 2:19-cv-01708-TLN-AC, *Gregory M.
16  Miller v. Navient Solutions, LLC* are reassigned to District Judge Morrison C. England, Jr.
17  and Magistrate Judge Newman for all further proceedings, and any dates currently set in
18  these reassigned cases only are hereby **VACATED**.  The caption on documents filed in
19  the reassigned cases shall be shown as 2:19-cv-01702-MCE-KJN and 2:19-cv-01708-
20  MCE-KJN.
21      IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
22  adjustment in the assignment of civil cases to compensate for these reassignments.
23      IT IS SO ORDERED.

DATED:  September 20, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE